UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Bobbie L. Thomas, Jr., ) | **C/A:** 3:11-2898-JFA |
| ) | |
| Plaintiff, ) | |
| ) | Order |
| vs. ) | |
| ) | |
| Johnson Food Service, LLC; B.J. Davis; Loretta Hemming, ) | |
| Union Rep.; Laura Swader; Latasha Jones, former employee, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff, proceeding *pro se,* filed a complaint concerning employment discrimination pursuant to Title VII. By order dated November 30, 2011, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set in the order would subject the case to dismissal. Plaintiff did not respond to the order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this court. The case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

January 9, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge